# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA L. MARTINEZ SALCEDO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendant, | Case No.: 5:25-cv-05193-EKL<br><br>*Assigned to the Hon. Judge Eumi K. Lee*<br><br>**ORDER OF DISMISSAL** |

The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: July 16, 2026

By: ______________________
Hon. Eumi K. Lee
United States District Judge